IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PETER ROWLAND VERMILYE, )<br>)<br>Defendant. )<br>) | **SUPERSEDING**<br><br>Criminal No. <u>06-20037-D</u><br><br>18 USC 2422(b) |

# INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

Between on or about August 1, 2005 and January 6, 2006, in the Western District of Tennessee, and elsewhere, the defendant,

----------PETER ROWLAND VERMILYE----------

knowingly used, and cause to be used, a facility and means of interstate commerce, that is, a combined computer/telephone system, using interstate "instant messages" and "electronic mail" (e-mail) messages, over an interstate telephone system, to knowingly persuade, induce, entice, and coerce, and attempt to persuade, induce, entice, and coerce, D.H., a minor male, who was 15 years of age during said period, to engage in sexual activity, that is, sexual intercourse and masturbation, such conduct then constituting

a criminal offense under Tennessee Code Annotated Section 39-13-505, Section 39-13-506, Section 39-13-528, and Section 39-13-529; all in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL

S/GRAND JURY FOREPERSON

_____
UNITED STATES ATTORNEY

_____4-5-06_____
DATE