IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                                                   Cr. No. 06-20037-D

PETER VERMILYE,

    Defendant.

## DEFENDANT'S POSITION PAPER

COMES NOW the defendant Peter Vermilye, by and through his counsel, Needum L. Germany and submits his position with respect to the sentencing factors pursuant to *§6A1.2 of the United States Sentencing Guidelines Manual*.

1. The defendant and counsel have reviewed and discussed the Presentence Investigation Report together.

### **OBJECTIONS TO THE PRESENTENCE REPORT**

2. Mr. Vermilye has no objections to the factual statements or guideline calculations in the presentence report.

                                        Respectfully submitted,

                                        STEPHEN B. SHANKMAN
                                        FEDERAL DEFENDER

                                        s/ Needum L. Germany
                                        Assistant Federal Defender
                                        200 Jefferson Avenue, Suite 200
                                        Memphis, TN 38103
                                        (901) 544-3895

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Defendant's Position Paper has been forwarded by electronic means via the Court's electronic filing system to Mr. Dan Newsom, Assistant U.S. Attorney, 167 N. Main, Suite 800, Memphis, TN 38103, and to Ms. Lorie Green, United States Probation Officer, 167 N. Main, 2nd Floor, Memphis, TN 38103.

This 9th day of November, 2006.

                                                                              s/ Needum L. Germany
                                                                              Assistant Federal Defender